**SEALED DOCUMENT**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2013 JUN -5 P 12: 27

**In the Matter of the Application
for a Search Warrant of computer
servers at Yahoo, Inc., an e-mail
provider located at 701 First Avenue
Sunnyvale, CA**

1:13-mj-63-01-LM

UNDER SEAL - LEVEL I

## 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking to precluding Yahoo, Inc. from notifying any person of the existence of the Search Warrant pertaining the e-mail account, **the5kguy@yahoo.co.uk**, finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of, or tampering with, evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Yahoo, Inc. shall not notify any person of the existence of the Search Warrant, for a period of ninety (90) days.

June 5, 2013

_____
Landya B. McCafferty
United States magistrate Judge